THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joseph Michael Dunham,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2004-UP-523
Submitted October 1, 2004  Filed October 
 14, 2004

APPEAL DISMISSED 

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, South 
 Carolina Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Joseph Dunham (Appellant) pled 
 guilty under North Carolina v. Alford, 400 U.S. 25 (1970), to committing 
 a lewd act upon a minor.  The trial court sentenced Appellant to ten years in 
 prison.  The court suspended Appellants sentence and placed him on probation 
 for 30 months on the condition that he assist the State as indicated in their 
 plea agreement.  
On appeal, counsel for Appellant has filed 
 a brief along with a petition to be relieved as counsel.  Appellant did not 
 file a pro se response.  After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.       
APPEAL DISMISSED. [1] 
GOOSLBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.